IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| CHISHOLM OIL AND GAS NOMINEE INC., | ) ) | Bankruptcy Case No. 20-11595(BLS) Bankr. BAP No. 24-0032 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| GOLD STAR ENERGY LLC, TEXAS RAW OIL & GAS INC. and OLJEINVEST, LLC, | ) ) ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-670-CFC |
| | ) | |
| CHISHOLM OIL AND GAS OPERATING LLC, | ) ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

**ORDER**

At Wilmington, Delaware, this **10th day of July 2024**,

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties jointly agree that their disputes here cannot be resolved through mediation and the Court agrees;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue

1

an order withdrawing the matter from mediation and setting the following appellate briefing schedule (agreed to by the parties):

| | |
|---|---|
| Appellants' Brief: | Appellants' Opening Brief on appeal shall be filed within thirty (30) days of the date of the Court's order establishing a briefing schedule. |
| Appellee's Answering Brief: | Appellee's Answering Brief on appeal shall be filed withing thirty (30) days of receipt of opening brief. |
| Appellants' Reply Brief: | Appellant's Reply Brief on appeal shall be filed within fifteen (15) days of receipt of answering brief. |

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE