# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHISHOLM OIL AND GAS<br>NOMINEE INC.,<br><br>        Debtor. | Chapter 11<br>Bankruptcy Case No. 20-11595(BLS)<br>Bankr. BAP No. 24-0032 |
| GOLD STAR ENERGY LLC, TEXAS RAW OIL & GAS INC. and OLJEINVEST, LLC,<br><br>        Appellants,<br><br>        v.<br><br>CHISHOLM OIL AND GAS OPERATING LLC,<br><br>        Appellee. | Civil Action No. 24-670-CFC |

## ORDER

At Wilmington this 11th day of July 2024, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this

1

bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellants' brief in support of the appeal is due on or before **August 12, 2024.**

2. Appellee's brief in opposition to the appeal is due on or before **September 12, 2024**

3. Appellants' reply brief is due on or before **September 27, 2024.**

                                                                                     _____
                                                                                                    Chief Judge